# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00379-CR

**Michael Renee Maldonado, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 26TH DISTRICT COURT OF WILLIAMSON COUNTY
### NO. 20-1555-K26, THE HONORABLE DONNA GAYLE KING, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

On December 30, 2021, we granted the parties' agreed motion to abate this appeal and remanded the case to the trial court for a hearing to determine whether appellant wished to proceed with this appeal. On remand, the trial court conducted a hearing and made findings that included that appellant "clearly expressed a desire to waive any and all of his appellate rights" and "understands that the appeal will be dismissed permanently and will not be reinstated should he change his mind and desire an appeal in the future." Accordingly, we reinstate the appeal and dismiss the appeal.

_____

Melissa Goodwin, Justice

Before Justices Goodwin, Baker, and Triana

Dismissed

Filed:   January 28, 2022

Do Not Publish